## Commonwealth *v.* Rought, Appellant.

Submitted December 8, 1969. *James A. Oliver,* for appellant; *James E. Davis,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record is remanded for a hearing on the issues raised by the petition and any nonfrivolous claims, not controverted by the record, that may be added by amendment.

WRIGHT, P. J., dissents.

## Commonwealth, Appellant, *v.* Ryan.

Argued December 10, 1969. *James D. Crawford,* Assistant District Attorney, with him *W. Mark Sendrow,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *John W. Packel* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.